**Order filed December 3, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00606-CV

———————

### CHARLOTTE GATES, Appellant

### V.

### PLUM CREEK TOWNHOMES, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1135916**

---

## O R D E R

Appellant's brief was due November 20, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 20, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.